131129

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEVIN BRUCE MOORE,

    Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.
_____/

CASE NO.:

6:06cv1954-Orl-22JGG

## COMPLAINT

Plaintiff, KEVIN BRUCE MOORE, hereby sues Defendant, METROPOLITAN LIFE INSURANCE COMPANY, and states as follows:

1. This is an action for damages that exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest, costs, and attorneys' fees.

2. At all times material hereto, Plaintiff, KEVIN BRUCE MOORE, was and is a natural person residing in Duval County, Florida.

3. At all times material hereto, Defendant, METROPOLITAN LIFE INSURANCE COMPANY, was and is a foreign corporation authorized to do business and doing business in Orange County, Florida.

4. At all times material hereto, Plaintiff, KEVIN BRUCE MOORE, is and was insured under a Disability Income Insurance Policies numbered S061944800 issued by Defendant, METROPOLITAN LIFE INSURANCE COMPANY.

5. The policy provides for payment of monthly benefits when an insured has sustained total disability as defined in said policy.

6. The Plaintiff became totally disabled in accordance with the terms of said policies on or about August 1, 1999.

7. Pursuant to the terms of said policies, Plaintiff is entitled waiver of premiums during the period of disability.

8. Plaintiff has complied with all conditions precedent to receiving payment pursuant to each policy.

9. Defendant, METROPOLITAN LIFE INSURANCE COMPANY, has denied payment of Plaintiff's claim.

10. Defendant, METROPOLITAN LIFE INSURANCE COMPANY, is in breach of said contract of insurance by failing to pay monthly disability benefits to Plaintiff as required by the terms of said policy.

## COUNT I
## BREACH OF CONTRACT

Plaintiff, KEVIN BRUCE MOORE, realleges paragraphs 1-10, as if fully set forth herein.

11. As a direct and proximate result of Defendant METROPOLITAN LIFE INSURANCE COMPANY'S breach of said insurance contract number S061944800, Plaintiff has suffered damages including loss of monthly disability benefit payments, refund of premiums paid to Defendant during the period of disability, and interest, costs and attorneys fees.

12. Plaintiff is entitled to costs and reasonable attorney's fees pursuant to Fla. Stat. 627.428, 57.104 and 57.041.

**WHEREFORE**, Plaintiff, KEVIN BRUCE MOORE, demands judgment against Defendant, METROPOLITAN LIFE INSURANCE COMPANY, for damages as set forth herein and interest, costs and attorney's fees as provided in Florida Statute 627.428, 57.104 and 57.041.

**PLAINTIFF HEREBY DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.**

Respectfully submitted this 1st day of December, 2006.

_____
HANS KENNON, ESQUIRE
Florida Bar No. 0059323
MORGAN & MORGAN, P.A.
20 N. Orange Avenue, Suite 1000
Post Office Box 4979
Orlando, FL 32802-4979
(407) 420-1414
(407) 423-7928 - Facsimile
Attorneys for Plaintiff

HK/mkt